GABRIEL CORRAL #171416
Name and Prisoner/Booking Number

A.S.P.C.-LEWIS UNIT-BACHMAN
Place of Confinement

P.O. BOX 70
Mailing Address

BUCKEYE, AZ 85326
City, State, Zip Code

☒ FILED   ☐ LODGED
☐ RECEIVED   ☐ COPY

DEC 0 8 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

GABRIEL CORRAL,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) RYAN THORNELL,
(Full Name of Defendant)
(2) NAPHCARE,
(3) (UNKNOWN) ARNOLD, (NP),
(4) (UNKOWN) PAUL, (M.D.),

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV23-02562-PHX-GMS--JZB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

☒ JURY TRIAL DEMANDED

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: ARIZONA DEPARTMENT OF CORRECTION/ BUCKEYE.

"PAGE 1-A CONTINUED"
ADDITIONAL DEFENDANTS

(5) Nurse Willhelm,
(6) (Unknown Nurse),
(7) Captain Loven,
(8) Sgt. Repp,
(9) Sgt. Nelson,
(10) Deputy Warden Lee
(11) Provider Owens

Plaintiff Reserves The Right To Supplement As The Case Continues.

PAGE 1-A

2

## B. DEFENDANTS

1. Name of first Defendant: __RYAN THORNELL__. The first Defendant is employed as: __DIRECTOR__ at __ARIZONA DEPARTMENT OF CORRECTION__
   (Position and Title)                                      (Institution)

2. Name of second Defendant: __NAPHCARE__. The second Defendant is employed as: __CONTRACTED MEDICAL COMPANY__ at __ARIZONA DEPARTMENT OF CORRECTION__
   (Position and Title)                                       (Institution)

3. Name of third Defendant: __(UNKNOWN) ARNOLD__. The third Defendant is employed as: __NURSE PRACTITIONER / PROVIDER__ at __ARIZONA DEPARTMENT OF CORRECTION__
   (Position and Title)                                        (Institution)

4. Name of fourth Defendant: __(UNKNOWN) PAUL__. The fourth Defendant is employed as: __M.D. Doctor / Director__ at __Arizona Department of CORRECTION__
   (Position and Title)                                         (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? __2__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __GABRIEL CORRAL__ v. __MARICOPA COUNTY SHERIFFS OFFICE__
      2. Court and case number: __U.S. DISTRICT COURT DISTRICT OF ARIZONA__ (N/A)
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __SETTLEMENT - INDEMNITY AGREEMENT__

   b. Second prior lawsuit:
      1. Parties: __GABRIEL CORRAL__ v. __CHARLES L. RYAN ect. AL.__
      2. Court and case number: __U.S. DISTRICT COURT DISTRICT OF ARIZONA__ (N/A)
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __SETTLEMENT - INDEMNITY AGREEMENT__

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

3

"PAGE 2-A CONTINUED"

B. DEFENDANTS

5. Name of fifth Defendant: Nurse Willhelm. The fifth Defendant is employed as: RN/Nurse (Position & Title) at Arizona Department of Correction. (Institution)

6. Name of Sixth Defendant: Unknown Nurse. The Sixth Defendant is employed as: RN/Nurse (Position & Title) at Arizona Department of Correction. (Institution)

7. Name of Seventh Defendant: Captain Loven. The Seventh Defendant is employed as: Correction Officer/Captain (Position & Title) at Arizona Department of Correction. (Institution)

8. Name of Eigth Defendant: Sgt. Repp. The Eigth Defendant is employed as: Correction Officer/Seargent (Position & Title) at Arizona Department of Correction. (Institution)

9. Name of the Ninth Defendant: Sgt. Nelson. The Ninth Defendant is employed as: Correction Officer/Seargent (Position & Title) at Arizona Department of Correction. (Institution)

10. Name of the Tenth Defendant: Deputy Warden Lee. The Tenth Defendant is employed as: Correction Officer/deputy Warden (Position & Title) at Arizona Department of Correction. (Institution)

11. Name of the Eleventh Defendant: Provider Owens. The Eleventh Defendant is employed as: Provider/N/A (Position & Title) at Arizona Department of Correction. (Institution)

Plaintiff Reserves The Right To Supplement As The Case Continues.

PAGE 2-A

4

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __8th AMENDMENT CRUEL AND UNUSUAL PUNISHMENT — AND — 14th AMENDMENT DUE PROCESS AS WELL__.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities   ☐ Mail   ☐ Access to the court   ☒ Medical care
   ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☒ Other: __DELIBERATE INDIFFERENCE__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On or about in June 2023 I went to Emergency Hospital & tested positive for Syphillis. I was treated immediately then sent to the Arizona Department of Health (ADH) and conducted contact tracing for sexual partners. IT SHOULD BE NOTED: Both at the Emergency Room Hospital and the (ADH) I was told, ordered to get checked again in 90 day's to make sure the Syphillis Disease went away & didn't comeback. On August 22nd, 2023 I was placed in the custody of the Arizona Department of Correction Rehabilitation & Reentry (ADCRR), Alhambra Unit as A parole violator. I advised them of the disease syphillis & they tested me. On or about August 26th 2023 I was transferred to Lewis Complex, Bachman Unit in Buckeye, Arizona. On 9-29-2023 29 day's later provider Owens via telemed stated I was positive for Syphillis! Mrs. Owens stated she wouldn't treat my Syphillis. Furthermore she denied me Contact Tracing Mandated by State & Federal Law. IT SHOULD BE NOTED: I've submitted numerous Health Need Request for treatment, but to NO avail... The Bachman Unit provider Nurse Practitioner Arnold didn't see me NOT once. She also stated outside Care was out of the question as well. [CONTINUED on 3-A]

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   ROUGH SKIN RASHES ON PALMS - BOTTOM FEET, CONSTANT BRUTAL MUSCLE ACHES, MEMORY LAPSES - SHORT TERM, ONGOING HEADACHES, TROUBLE HEARING, ANXIETY, DEPRESSION, Blurry Vision including damage to brain, heart, eyes and other organs.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __Unable to receive the Director's Reply/Response Due To Parole Board reinstating my parole & me being released 11-7-23 in Exhausting Administrative Remedy's...__

3

5

PAGE 3-A CONTINUED

D. Cause of Action

3. <u>Supporting Facts.</u>

Medical Director M.D. Paul who oversees ALL providers at Lewis Complex approves and/or denies all treatment, including approvals and/or denials for outside care! On separate occasions I approached, being A ward of the State Captain Loven. I explained to him the denial of treatment by medical & everything mentioned above. He explained he would convey everything to Deputy Warden Lee. This conversation w/ Captain Loven took place on 10-4-23! I immediately filed informal grievance requesting A Stay of Evidence of video footage that demonstrates me talking w/ Captain Loven regarding no treatment. On October 8th 2023 being utterly depressed I attempted to convey to Ambulance Technicians of my untreated syphillis disease including my first & last name & the timeframe of being untreated for two (2) months & counting. Sgt. Repp upon seeing me at the gate, she immediately got inbetween me & the ambulance technicians and stated: "They aren't gonna help you, get away from the fence". This demonstrates that Administration is <u>Aware</u> of my untreated syphillis! I immediately filed informal grievance requesting another Stay of Evidence of video footage that clearly shows this incident w/ Sgt. Repp on 10-8-23!   Sgt. Nelson was also aware of everything going on & stated: "I don't know what to do." C.O. III Chavez is the grievance cordinator & was Aware of all <u>facts</u> mentioned above. Chavez deliberately violated my Due Process as well by deliberately convuluding my grievances, grievance responses/reply's, providing untimely responses and by providing the same response at all levels; (<u>Unprocessed Grievance</u>). All Chavez had to do was take my grievance to Deputy Warden Lee, then Lee ordering medical to treat me, that simple. Instead Chavez employed cruel tactics & furthermore violated my Due Process on top of the Deliberate Indifference by medical.

Deputy Warden Lee above <u>all</u> was at all times the Bachman Unit

PAGE 3-A CONTINUED

PAGE 3-B CONTINUED

D. Cause of Action

3. <u>Supporting Facts.</u>

Assigned Designee & the contractor representative for the State that enforces the policies & procedures that exist for Naphcare staff to provide adequate care at Bachman Unit! I went personally to try to talk to her on numerous occasions, she refused to see me every time! <u>IT SHOULD BE NOTED:</u> Correction officer's Captain Loven, Sgt. Repp, Sgt. Nelson, C.O.IV Chavez & especially deputy warden Lee could have easily ordered Medical Director Paul and/or nurse practitioner Arnold to treat me! These Officer's of the State were all <u>Notified & Aware</u> of this Deliberate Indifference to my medical needs! My medical complications due to being left untreated fell on deaf ears! Also deputy warden Lee & Captain Loven refused to allow me contact tracing Mandated by State & Federal Law as well as the Center For Disease Control (CDC). These derelict officer's work for the same State that mandates this law! <u>IT SHOULD BE NOTED:</u> Every night around 6:30 p.m. I would wait outside medical waiting for shift change. On a few occasions Nurse Practitioner Arnold would either ignore me, or give me a smart reply stating "Keep bugging me & I'll make you wait longer"; as if my health is a game! On one of these occasion's she also stated "Your not going to get treated, & outside care is out of the question! I was under the care of Arnold for almost 70+ days & she didn't see me <u>not Once</u>! Nurse Willhelm & (Unknown) Nurse would just laugh at me! On October 31st, 2023 the parole board reinstated my parole. On November 7th, 2023 I was released from (ADCRR) custody & sent to Maricopa Reentry Center (MRC). (MRC) staff claim's they are not (ADCRR) & <u>refuse</u> to take my grievance appeal in staying within timeframes. Therefore I am now unable to fully exhaust administrative remedies. The Center For Disease Control states: Syphillis stay's in your body if it is <u>Not</u> treated! It can damage

Page 3-B Continued

7

Page 3-C Continued

D. Cause of Action

3. <u>Supporting Facts.</u>

your heart, brain, eyes and other organs. This damage may <u>NOT</u> show up for many years and could kill you.

Everyone mentioned above seen the <u>rashes</u> on my hand's & feet, the skin peeling off my hand's & feet & refused to help or treat me! I endured <u>Brutal</u> muscle aches, trouble hearing & blury vision as well. I was in imminent danger of Serious Physical Injury due to the actions and/or inactions of the Defendants.

Plaintiff Reserves The Right To Supplement As The Case Continues.

Page 3-C Continued

8

E. REQUEST FOR RELIEF

State the relief you are seeking:

Punitive Damages in Official Capacity of $300,000.00 thousand dollars, Compensatory Damages of $300,000.00 thousand dollars, Declatory Damages of $300,000.00 thousand dollars.

Punitive Damages in Unofficial Capacity of $100,000.00 thousand dollars, Compensatory Damages of $100,000.00 thousand dollars, Declatory damages of $100,000.00 thousand dollars & AND LIENS ON REAL PROPERTY OWNED BY DEFENDANTS...
TOTAL of One Point Two Million Dollars $1,200,000.00 Million Dollars...

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11-11-2023__   _Gabriel Corral_
         DATE                SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6